| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 34918 | DATE 10/16/2023 |
|---|---|---|---|---|
| **NAME** GRUNDY, Michael Demetrus | | **OFFICER** Amanda S. Glaros | **JUDGE** Denise Page Hood | **DOCKET #** 12-CR-20153-01 |

| ORIGINAL SENTENCE DATE 07/01/2014 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY I | TOTAL OFFENSE LEVEL 33 | PHOTO |
|---|---|---|---|---|
| COMMENCED 03/23/2021 | | | | |
| EXPIRATION 03/22/2024 | | | | |

| ASST. U.S. ATTORNEY Peter Schneider | DEFENSE ATTORNEY To Be Determined |
|---|---|

**REPORT PURPOSE**

**TO ISSUE A SUMMONS**

**ORIGINAL OFFENSE**

Count 15:  18 U.S.C. §§ 1343 and 1346, Honest Services Wire Fraud

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 90 months, to be followed by a 36-month term of supervised release.

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall make monthly payments on any remaining balance of the: restitution at a rate and schedule recommended by the Probation Department and approved by the Court.
2. The defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer.
3. The defendant shall provide the probation officer access to any requested financial information.
4. The defendant is to make arrangements with the Internal Revenue Service (IRS) regarding a monthly payment plan regarding the payment of back taxes, plus any penalties or interest that may accrue.  The defendant is to provide the payment arrangement schedule with the IRS to the probation officer.
5. The defendant will participate in the CBT Program.

   Criminal Monetary Penalty:  Special Assessment $100.00 (paid); Restitution $1,380,767.00 ($571,289.93 paid; $809,577.07 balance).

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 34918 | DATE 10/16/2023 |
|---|---|---|---|---|
| **NAME** GRUNDY, Michael Demetrus | | **OFFICER** Amanda S. Glaros | **JUDGE** Denise Page Hood | **DOCKET #** 12-CR-20153-01 |

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Standard Condition 1:** "THE DEFENDANT SHALL MAKE MONTHLY PAYMENTS ON ANY REMAINING BALANCE OF THE: RESTITUTION AT A RATE AND SCHEDULE RECOMMENDED BY THE PROBATION DEPARTMENT AND APPROVED BY THE COURT."<br><br>On July 8, 2021, the Court signed a MIE2 authorizing GRUNDY to make $100.00 per month payments toward restitution by the 15th of every month beginning July 2021. On July 19, 2021, GRUNDY made a $100.00 payment; February 15, 2022, GRUNDY made a $200.00 payment; June 7, 2022, GRUNDY made a $400.00 payment; December 27, 2022, GRUNDY made a $400.00 payment; and June 27, 2023, GRUNDY made a $100.00 payment. GRUNDY did not adhere to the monthly payment schedule. |
| 2 | **Violation of Special Condition:** "THE DEFENDANT SHALL NOT INCUR ANY NEW CREDIT CHARGES OR OPEN ADDITIONAL LINES OF CREDIT WITHOUT THE APPROVAL OF THE PROBATION OFFICER."<br><br>GRUNDY opened the following lines of credit without the permission of the probation department or the Court:<br><br>On November 14, 2021, GRUNDY opened a line of credit with Capitol One Bank, the current balance on this account is $1,273.00.<br><br>On August 22, 2022, GRUNDY opened a line of credit with Bank of America, the current balance on this account is $2,562.00.<br><br>On November 30, 2022, GRUNDY opened a line of credit with SYNCB/Lumber Liquidator, there is currently no balance on this account.<br><br>On December 11, 2022, GRUNDY opened a line of credit with Capitol One Bank, there is no balance on this account at this time.<br><br>On June 7, 2023, GRUNDY opened a line of credit with Capitol One/Menards, there is currently no balance on this account.<br><br>It should be noted, GRUNDY currently owes the United States Department of Education, $168,823.00, in student loans. GRUNDY did not have approval from the probation department to open new lines of credit. |

| PROB 12C<br>(Rev. 08/18) | **VIOLATION REPORT PART 1:<br>PETITION FOR SUMMONS** | **U. S. Probation Office**<br>Eastern District of Michigan | PACTS<br>34918 | DATE<br>10/16/2023 |
|---|---|---|---|---|
| NAME<br>GRUNDY, Michael Demetrus | | OFFICER<br>Amanda S. Glaros | JUDGE<br>Denise Page Hood | DOCKET #<br>12-CR-20153-01 |

| 3 | **Violation of Standard Condition 6:** "THE DEFENDANT SHALL NOTIFY THE PROBATION OFFICER AT LEAST TEN DAYS PRIOR TO ANY CHANGE IN RESIDENCE OR EMPLOYMENT." |
|---|---|
| | On September 26, 2023, GRUNDY informed the probation department he moved a month ago to a new apartment without informing the probation officer. |
| 4 | **Violation of Standard Condition 6:** "THE DEFENDANT SHALL NOTIFY THE PROBATION OFFICER AT LEAST TEN DAYS PRIOR TO ANY CHANGE IN RESIDENCE OR EMPLOYMENT." |
| | In June 2023, GRUNDY was fired from his employment, Metropolitan Furniture Warehouse in Romulus, Michigan. GRUNDY did not notify the probation office of his loss of his employment. |

| I declare under penalty of perjury that the foregoing is true and correct.<br>PROBATION OFFICER<br><br>s/Amanda S. Glaros/djl<br>(313) 234-5428 | DISTRIBUTION<br><br>Court |
|---|---|
| SUPERVISING PROBATION OFFICER<br><br>s/Tracy Kosmas<br>(313) 234-5272 | PROBATION ROUTING<br><br>Data Entry |

**THE COURT ORDERS:**

[ X ]   The issuance of a summons

[ ]   Other


　　　　　　　　　　　　　　　　　　　　　　　/s/Terrence G. Berg, Presiding Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　　　　　　　　　　　　10/18/2023
　　　　　　　　　　　　　　　　　　　　　　　Date

Page **3** of **3**